**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID STANLEY ALLRED,                    No. C 15-2260 MEJ (PR)

        Plaintiff,                    **JUDGMENT**

  v.

CTF SOLEDAD DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

    As set forth in the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED AND ADJUDGED.

DATED: ___OCTOBER 26, 2015_____          _____
                                                Maria-Elena James
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28